United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. TIDWELL,<br><br>    Plaintiff,<br>  v.<br><br>JPMC SPECIALITY MORTGAGE LLC,<br><br>    Defendant. | Case No. 3:16-cv-06149-WHA<br><br>**AMENDED ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: Dkt. Nos. 9, 11 |

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby (X) GRANTED ( ) DENIED.  This Order supersedes the Court's November 14, 2016 Order.

**IT IS SO ORDERED.**

Dated:  November 15, 2016.

_____
WILLIAM ALSUP
United States District Judge