IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE EDWARD COTRELLE TIDWELL           No. C 16-06149 WHA

**ORDER TO SHOW CAUSE**

/

      In this appeal from an order of the bankruptcy court, debtor and appellant Edward Tidwell filed his notice of appeal in October 2016. Federal Rule of Bankruptcy Procedure 8009 requires the appellant to "file with the bankruptcy clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented" "within 14 days after . . . the appellant's notice of appeal as of right becomes effective under Rule 8002." On November 7, 2016, appellant filed a "Notice of Errata" that claimed he had "filed on October 28, 2016 his Designation of Record on Appeal and Statement of Issues for inclusion in the record . . ." (Dkt. No. 5). As of this order, however, no record has been transmitted and appellant has yet to perfect his appeal. Appellant shall **SHOW CAUSE BY MARCH 24** why this appeal should not be dismissed.

    **IT IS SO ORDERED.**

Dated: March 3, 2017.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE