IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EDWARD COTRELLE TIDWELL | No. C 16-06149 WHA |
| | **ORDER EXTENDING TIME TO FILE OPENING BRIEF** |

Under the initial case management scheduling order, the opening brief in this bankruptcy appeal was due on May 30. On May 25, debtor and appellant Edward Tidwell, proceeding pro se, filed a motion for thirty more days to submit his opening brief. (Appellee did not timely oppose (*see* Dkt. Nos. 22–23).) The motion argues the merits of debtor's appeal but fails to state any reason warranting an extension of the briefing schedule (*see* Dkt. No. 21). Nevertheless, this order continues the deadline for the opening brief from May 30 to **JUNE 13**. All other deadlines under the case management scheduling order are adjusted accordingly. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: June 1, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE